No. ———. BILZERIAN v. SECURITIES AND EXCHANGE COMMISSION;

No. ———. WILL v. WILL;

No. ———. HESS *v.* LANDER COLLEGE, AKA LANDER UNIVERSITY;
No. ———. JOHNSON *v.* UNITED STATES; and
No. ———. GREENE *v.* DREXEL BURNHAM LAMBERT. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.